# National Do Not Call Registry - Your Registration Is Confirmed

From: verify@donotcall.gov

To: locateutoday@aol.com

Date: Saturday, May 11, 2024 at 04:16 PM CDT

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 7311 on September 29, 2011. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov to register another number or file a complaint against someone violating the Registry.

*****************************************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.

PLAINTIFF'S EXHIBIT
Number 1

Texas "No Call Lists"

# Search Consumer Registration

## Registration Information

Telephone Number: 832-689-7311
Amount: $0.00
Method of Payment: Credit Card

List: Statewide "Do Not Call" List
Status: Registered 8/16/2023 - Expires 8/16/2026

Search Another Registration

Consumer Information

Public Utility Commission of Texas | Texas "No Call Lists" Home | Texas Electric Choice

PLAINTIFF'S EXHIBIT
Number 2

# EXHIBIT 3

Audio Recording # 1

Audio Recording # 2

Audio Recording # 3

Audio Recording # 4

# Securico Life Insurance Company

6911 Ranch Road 620 N, Suite A300
Austin, Texas 78732
Telephone Number: (855) 877-5433
Fax Number (855) 877-5433

## IMPORTANT INFORMATION — FOR USE WITH APPLICATIONS COMPLETED BY TELEPHONE

This document contains important consumer disclosure notices and application agreements, acknowledgments, and authorizations. The applicant must read this document prior to completing the application and must retain a copy for their records.

During the telephonic interview process, the proposed insured will be asked to acknowledge and agree to the terms of this document, which includes the Fair Credit Report Act Notice, Agreement/Acknowledgement, Authorization and Fraud Notice Warning. These items will become part of the application completed and signed by the proposed insured.

### Consumer Disclosure Notices

**FRAUD NOTICE/WARNING: Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.**

### Fair Credit Report Act Notice

This is to inform you that as part of our underwriting procedures in connection with this application, an investigative consumer report may be obtained on the Proposed Insured. This report will provide applicable information concerning character, general reputation, personal characteristics, and mode of living.* This information will be obtained through personal interviews with neighbors, friends, and associates. You may request to be interviewed in connection with the preparation of the investigative consumer report. You have the right to make a written request within a reasonable period of time to receive additional detailed information about the nature and scope of this investigation. You also have the right, upon request, to receive a copy of the investigative consumer report from the consumer reporting agency that prepared it. We will provide you the name, address and telephone number of the consumer reporting agency so that you may request a copy of any such report directly from the agency. You may question the accuracy or seek correction of information contained in such report. No information collected concerning the sexual orientation of the Proposed Insured will be used to determine her or his eligibility for life insurance.

*Information obtained will not be used to determine sexual orientation.

### NOTICE REGARDING REPLACEMENT OF YOUR LIFE INSURANCE POLICY OR ANNUITY?

Are you thinking about buying a new life insurance policy and discontinuing or changing an existing one? If you are, your decision could be a good one — or a mistake. You will not know for sure unless you make a careful comparison of your existing benefits and the proposed policy or contract's benefits.

Make sure you understand the facts. You should ask the company or agent that sold you your existing policy or contract to give you information about it.

Hear both sides before you decide. This way you can be sure you are making a decision that is in your best interest.

PLAINTIFF'S EXHIBIT
Number 4

## Application Agreements, Acknowledgments, and Authorizations

**Agreement/Acknowledgement**

**We, the Proposed Insured and/or Proposed Owner, if applicable, affirm this application for life insurance including any amendments and supplements are, to the best of our knowledge and belief, true and complete. We also agree that**

- Statements in this application and any amendment(s), paramedical/medical exam, and supplement(s) are the basis of any Policy issued.
- This application and any amendment(s) paramedical/medical exam, and supplement(s) to this application will be attached to and become part of the new Policy, and any copy or electronic image of these documents are as valid as the original and may be relied upon by Securico Life Insurance Company in determining whether to issue the insurance for which I applied.
- No information will be deemed to have been given to Securico Life Insurance Company unless it is stated in this application and amendment(s), paramedical/medical exam, and any supplement(s).
- Only authorized officers of Securico Life Insurance Company may: a) make or change any contract of insurance; b) make a binding promise about insurance; or c) change or waive any term of an application, receipt, or Policy.
- Corrections, additions, or changes to this application may be made by Securico Life Insurance Company. Any such changes will be shown under "Corrections and Amendments." Acceptance of a Policy issued with such changes will constitute acceptance of the changes. No change will be made in classification (including age at issue), plan, amount, or benefits unless agreed to in writing by the Owner and Proposed Insured.
- Unless otherwise provided by a Conditional Receipt, Securico Life Insurance Company will have no liability under this application unless and until
  - a) it has been received and approved by Securico Life Insurance Company at its Home Office;
  - b) the Policy has been issued and delivered to the Policy owner;
  - c) the first premium has been paid to and accepted by Securico Life Insurance Company or authorization to draft first payment has been given and the financial institution has not notified Securico Life Insurance Company that the draft will not be honored; and
  - d) at the time of delivery and payment, the facts concerning the insurability of the Insured are as stated in this application.

**For applications for entity-owned Policies, the application includes the following acknowledgments:**

- Authorized individuals are signing on behalf of the entity purchasing the life insurance and that each individual is authorized and empowered to individually or collectively in the entity's name enter into contracts and financial transactions, including, but not limited to, purchase of life insurance, make any subsequent withdrawals or surrenders and exercise all ownership rights under the Policy in the entity's name;
- The entity is duly organized and existing in compliance with all laws and regulations;
- The entity shall notify Securico Life Insurance Company in writing of a change in or revocation of authorized individuals, or any change in the entity's status that would cause any of the statements in the application to be incorrect or incomplete;
- The entity has consulted an independent tax and/or legal advisor for information deemed necessary to understand the tax treatment of the Policy; and
- The authorized individuals and the entity agree to indemnify Securico Life Insurance Company, its affiliates or representatives for liability of any kind arising out of or related to any acts or omissions taken by Securico Life Insurance Company upon their instructions and in reliance on their representations to Securico Life Insurance Company in connection with the Policy.

Federal law requires sufficient information to identify the parties to the purchase of a Policy. Failure to provide such information could result in the Policy not being issued, being delayed, unprocessed transaction requests or the Policy termination.

**Taxpayer Identification Number Certification**

Under penalties of perjury, We, the Proposed Insured and/or Proposed Owner certify that

1. the Social Security or Taxpayer Identification Number set forth on this application is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2a. **Proposed Insured** – I am not subject to backup withholding because: a) I am exempt from backup withholding, or b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or c) the IRS has notified me that I am no longer subject to backup withholding, or

2b. **Proposed Owner** – I am not subject to backup withholding because: a) I am exempt from backup withholding, or b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or c) the IRS has notified me that I am no longer subject to backup withholding,

3. and I am a U.S. citizen or other U.S. person.

**Certification instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. The IRS does not require your consent to any part of this form other than the certifications required to avoid backup withholding.

## Authorization

I, the Proposed Insured, authorize any physician, hospital, pharmacy, pharmacy benefit manager, health insurance plan or any other entity that possesses any diagnosis, treatment, prescription or other medical information about me to furnish such health information to Securico Life Insurance Company for the purpose of evaluating my eligibility for insurance. This medical or health information may include information on the diagnosis and treatment of mental illness, alcohol, and drug use. This also may include information on the diagnosis, treatment, and testing results related to HIV, AIDS, and sexually transmitted diseases, unless otherwise restricted by state law. This authorization overrides any restrictions that I may have in place with any entity regarding the release of my medical information. Health information obtained will not be re-disclosed without my authorization unless permitted by law, in which case it may not be protected under federal privacy rules. This authorization shall be valid for two years from this date and may be revoked by sending written notice to Securico Life Insurance Company. **To facilitate the rapid transmission of such information, I authorize all the sources named above, to give such information to any legal representative or agent employed by Securico Life Insurance Company. I understand this authorization complies with the HIPAA Privacy Rule.**

I understand that the protected information is to be disclosed under this authorization so that Securico Life Insurance Company may underwrite my application for life insurance, determine my eligibility for insurance, risk rating, or Policy issuance determinations, obtain reinsurance, administer claims and determine or fulfill responsibility for coverage and provision of benefits, administer coverage, and conduct other legally permissible activities that relate to any coverage I have applied for with Securico Life Insurance Company. Any protected information obtained will not be released and/or reported by Securico Life Insurance Company or its reinsurers to any person or organization EXCEPT to other divisions and/or departments of Securico Life Insurance Company or its reinsuring companies, other life/health insurance organizations or fraternal benefit societies with which I have insurance contracts or to whom I may apply for insurance or to whom a claim for benefits may be submitted, or other persons or organizations performing business or legal services in connection with my application, insurance Policy, or claim for benefits or as may be otherwise lawfully required or as I may further authorize.

I understand and agree that no sales representative has the Company's authority to accept risks or pass on insurability or make, void, waive, or change conditions or provisions of the application, policy or receipt. If prior to the issuance of the policy applied for there is a change in the health of a proposed insured that would require a change to the proposed insured's answers to any questions in this application, any amendments thereto, or to any supplemental applications, prior to the issuance of the policy herein applied for, I will notify the Company as soon as possible of the change. I understand and agree that the Company will have no liability until the policy based upon this application is issued, delivered, and accepted by me, and the first premium is paid in full while the proposed insured is alive. If all these conditions are not met, the Company's liability will be limited to a refund of any premiums paid, regardless of whether loss occurs before premiums are refunded.

I understand that this authorization shall remain in force for 24 months or as permitted by applicable law in the state where the Policy is delivered or issued for delivery from the date signed if used in connection with an application for life insurance Policy, an application for reinstatement of a life insurance Policy, or a request for change in Policy benefits; or for the duration of a claim if used for the purpose of collecting information in connection with a claim for benefits under a Policy.

I understand and agree that a copy of this authorization is as valid as the original and that I or my authorized representative is entitled to receive a copy. I understand that this authorization may be revoked by me at any time in writing, and if I refuse to sign or if I subsequently revoke this authorization, Securico Life Insurance Company may not be able to process this application, and if coverage has been issued, may not be able to process any benefit payments. I agree that Securico Life Insurance Company shall be fully protected if it acts in reliance on this authorization prior to receiving notice of revocation at its Home Office or to the extent that Securico Life Insurance Company has a legal right to contest a claim under an insurance contract. Any information that is disclosed pursuant to this authorization may be re-disclosed to such entities or as required or authorized by law and may then no longer be covered by federal rules governing privacy and confidentiality of health information.

I agree I have read or been read the application, and all statements and answers as they pertain to me, and that these statements and answers are true and complete to the best of my knowledge and belief. I understand the statements and answers in the application are the basis for any policy issued by Securico Life Insurance Company ("the Company"). No information about these statements and answers will be considered to have been given to the Company unless it is stated in this application. I understand that federal law requires sufficient information to identify the parties to the purchase of a policy and that failure to provide such information could result in the policy not being issued, being delayed, unprocessed, or terminated.

**By giving my full name, I certify that the information provided by me during this call is true and complete and I agree to use my voice signature today (insert date) and understand that this is a legally binding signature and will be affixed to this document.**

**SIGNATURE:**

☞ Proposed Insured *Text Authentication Signature of Proposed Insured*

## VOLUNTARY ELECTRONIC OPT-IN CONSENT DISCLOSURE

Do you authorize Securico Life or our affiliates to send marketing or collection emails to the email address that you provided by automatic mail system, and marketing or collection text messages and marketing or collection phone calls to the mobile or home phone number you have provided using an automatic text system, automatic telephone dialing system or sound board technology?

If you decide that you want to receive documents electronically, SECURICO LIFE INSURANCE COMPANY will provide one paper copy per year of any document, at no charge to you, upon your request.

At any time, you may withdraw your consent to receive marketing and collection emails or text messages by simply replying "Unsubscribe" to any Email that we send you, or "STOP" to any text message that we send you. You can change your mind at any time and have SECURICO LIFE INSURANCE COMPANY transmit documents via paper mail by notifying SECURICO LIFE INSURANCE COMPANY by any one of these methods.

If you wish to correct or change the email address SECURICO LIFE INSURANCE COMPANY uses to send you documents, you can do so at any time by notifying SECURICO LIFE INSURANCE COMPANY by any one of these methods:

- email to securicolife.com or
- telephone to SECURICO LIFE INSURANCE COMPANY' toll free telephone number at 855-877-5433, or
  paper mail to 6911 Ranch Road 620 N, Suite A300, Austin, TX 78732.

SECURICO LIFE INSURANCE COMPANY's website is www.securicolife.com

**(Proposed Insured)**
**By stating "yes" you will be signing the opt in agreement form. To authorize your voice signature please state your full name and today's date.**

*Text Authentication Signature of Proposed Insured*

**(Proposed Owner's Voice Signature if Different from Proposed Insured)**

**By stating "yes" you will be signing the opt in agreement form. To authorize your voice signature please state your full name and today's date.**

*Text Authentication Signature of Proposed Insured*

PROTECTION SECURITY SERVICE STRENGTH
AHL
Since 1909

0020034836691

# WELCOME

Dear valued policyholder,

Thank you from all of us at The American Home Life Insurance Company (AMH) for becoming a member of our policyholder family. Enclosed is your Final Expense Insurance policy. Please take a few minutes to look over the copy of your application on the back of your policy. **It is important that all information, including your date of birth and answers to health and medical questions, is correct.** Incorrect answers could jeopardize your coverage under this policy. Notify us immediately with any corrections or additions. Also, make sure you review your policy and keep it handy for future reference.

Thank you once again for being part of the AMH family. If you have questions regarding your policy benefits, or if there is anything we can do to make your experience with us better, please let us hear from you. Our staff of dedicated professionals is ready to assist you. Please call us at **1-833 504-0334.**

## Our Commitment

As a company committed to protecting what matters most, AMH delivers peace of mind through individual insurance products designed to meet your lifestyle, budget, and healthcare needs.
Backing up our commitment is 24x7 services and superior customer support to ensure a seamless, uncomplicated experience, from initial application and enrollment to payment of a claim. Whether you prefer to manage your policy using your computer or mobile device or talk to a friendly, knowledgeable representative, AMH will make sure you have the best experience possible. When life doesn't go as planned, we've got your back.

PLAINTIFF'S EXHIBIT
Number 5

# Application for
# Individual Whole Life Insurance

## Patriot Series Final Expense Plans
from The American Home Life Insurance Company

PLAINTIFF S EXHIBIT
Number 5.1

**THE AMERICAN HOME LIFE INSURANCE COMPANY**
1021 Reams Fleming Boulevard
Franklin, Tennessee 37064
1-833-504-0334

**STATEMENT OF POLICY COST AND BENEFIT INFORMATION**

INSURED: TIMOTHY AGUILAR
AGE: 60 SEX: MALE

UNDERWRITING CLASS: PREFERRED

AGENT: IRTAZA SHAH
AGENT ADDRESS: 3217 BLACKSTONE RUN
LAWRENCEVILLE, GA 30043

ANNUAL PREMIUM: $ 586.80

FORM NUMBER: ICC21-AMHFELP
PAYABLE: MONTHLY
LEVEL WHOLE LIFE INSURANCE POLICY

| ADDITIONAL BENEFITS | **EFFECTIVE DATE** | **PREMIUM** |
|---|---|---|
| ACCELERATED DEATH BENEFITS RIDER | 06/03/2026 | $ 0.00 |
| ACCIDENTAL DEATH BENEFIT RIDER | | $ 0.00 |
| CHILDREN'S TERM INSURANCE RIDER | | $ 0.00 |

This statement gives you basic information about your insurance. The table below shows annual premiums on a current and guaranteed basis. Current basis premiums are those we anticipate charging. Guaranteed basis premiums are the maximum the policy permits us to charge.

| POLICY YEAR | DEATH BENEFIT | CASH VALUE | CURRENT BASIS | GUARANTEED BASIS | PAID-UP INSURANCE | EXTENDED TERM INSURANCE | |
|---|---|---|---|---|---|---|---|
| | | | --- ANNUAL PREMIUMS --- | | | YEARS | DAYS |
| 1 | 10,000 | 0.00 | 586.80 | 586.80 | 0 | 0 | 0 |
| 2 | 10,000 | 33.40 | 586.80 | 586.80 | 80 | 0 | 209 |
| 3 | 10,000 | 263.20 | 586.80 | 586.80 | 640 | 3 | 273 |
| 4 | 10,000 | 498.00 | 586.80 | 586.80 | 1,180 | 6 | 26 |
| 5 | 10,000 | 738.00 | 586.80 | 586.80 | 1,700 | 7 | 275 |
| 10 | 10,000 | 2,018.40 | 586.80 | 586.80 | 3,940 | 11 | 82 |
| 15 | 10,000 | 3,391.80 | 586.80 | 586.80 | 5,680 | 11 | 128 |
| 20 | 10,000 | 4,775.20 | 586.80 | 586.80 | 7,000 | 10 | 47 |
| 60 | 10,000 | 9,294.00 | 586.80 | 586.80 | 9,720 | 0 | 355 |

**PLAINTIFF'S EXHIBIT**
Number 5.2

## 4. Health history

If any of these questions are answered "yes" that child will be excluded from coverage.

1. **Is any Proposed Insured child currently institutionalized or in a care facility?** ☐ Yes ☐ No
2. **Has any Proposed Insured child ever been diagnosed or been treated by a member of the medical profession for: cancer, diabetes, heart or circulatory disorder, mental or nervous disorder, mental retardation, cerebral palsy, muscular dystrophy, spina bifida, cystic fibrosis, un-operated heart defects, epilepsy, asthma, disorders of the muscles or bones, anemia or other disorders of the blood, bladder, kidneys, liver or lungs, or been recommended for an organ transplant?** ☐ Yes ☐ No
3. **Has any Proposed Insured child ever been diagnosed by a member of the medical profession or tested positive for an Immune Deficiency Disorder, Human Immunodeficiency Virus (AIDS virus), AIDS Related Complex (ARC), or Acquired Immune Deficiency Syndrome (AIDS)?** ☐ Yes ☐ No
4. **Has any Proposed Insured child ever used or received treatment, advice or counseling from a physician or other practitioner relating to the usage of alcohol, heroin, cocaine, narcotics, hallucinogens, tranquilizers, barbiturates, amphetamines, or other similar drugs except as prescribed by a physician?** ☐ Yes ☐ No

List the children for which "yes" answers were given.

## 5. Acknowledgement

| Primary Insured/Owner's signature | City and state where signed | | Date |
|---|---|---|---|
| X TIMOTHY AGUILAR | Pasadena | TX | 05/18/2026 |

uth code

| Agent's signature | Writing number | Date |
|---|---|---|
| X | | |

Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

PLAINTIFF'S EXHIBIT
Number 5.3

If accepted for coverage,do you agree to receive your insurance policy and the associated documents electronically and do you understand that you can receive a paper copy at any time by requesting it from the company?

Answer: N

Email:

Security Question

Security Answer

Source of Sale Code :

Applicant Signature

| Signature Type | Name | Date |
|---|---|---|
| Auth code | TIMOTHY AGUILAR | 05/18/2026 |

| Agent/Broker Signature | Name | Date |
|---|---|---|
| | Irtaza Shah | 05/18/2026 |

syedirtazashah1@gmail.com

CHILD #1 : Relationship Gender

CHILD #2 : Relationship Gender

CHILD #3 : Relationship Gender

CHILD #4 : Relationship Gender

CHILD #5 : Relationship Gender

CHILD #6 : Relationship Gender

CHILD #7 : Relationship Gender

CHILD #8 : Relationship Gender

CHILD #9 : Relationship Gender

**Authorization code signature :**

Signature -Type : **Authorization Code Text**

Mobile/Email : 8326897311

Authorization Code : 172231

**PLAINTIFF S EXHIBIT**

Number 5.4

## Section 12. Agent information

I certify that:

1. The insurance being applied for is suitable for the owner's insurance needs.
2. I have explained to the applicant the premium mode options.
3. I have provided all required forms on or before the date the application was taken.
4. I have accurately recorded the information supplied by the applicant.

*Number 4 is applicable only if agent has personally recorded the information on the application.*

**Does the proposed insured have any existing life insurance or annuity contracts?** ☐ Yes ◉ N

**Will the policy applied for be a replacement or change existing life insurance or an annuity?** Yes ◉ N

**If the answer to either question is "yes", have you complied with the requirements of the company and your state regarding this replacement?** ☐ Yes ◉ N

***All information must be completed.*** *The writing number reflects where commissions will be paid.*

**Agent name** *(printed)*: Irtaza Shah

**Writing number** *(agent or company)*: AMW6016127

**Agent signature** syedirtazashah1@gmail.com

X Irtaza Shah

**Phone**: (347) 356-3147

**Email**: syedirtazashah1@gmail.com

## Section 13. Agent request to split commissions

If this application results in an issued policy through The American Home Life Insurance Company (AHLIC), the agents listed below have agreed to split the commissions earned on the policy.

- Both agents must be properly licensed and appointed with AHLIC in the policy's state of issue.
- Split commissions are calculated as a percentage of commissionable premium and will apply while the policy remains in force.
- The percentage of the premium split can be for any amount but must be stated in whole numbers and total 100%. (For example, the percentage for the premium split can be from 1% to 99% but cannot be 0% or 100%.)
- Calculation of each agent's commissions are based on their respective AHLIC commission schedule.

**Writing agent name** *(printed)*: Irtaza Shah — **Percentage**: 100.00 %

**Writing agent signature** syedirtazashah1@gmail.com

X Irtaza Shah

**Secondary agent** *(printed)*: — **Writing number**: — **Percentage**: %

*This section must be completed with this application in order to split commissions. By signing this form, the writing agent agrees to split his/her commission with the secondary agent as indicated above.*

PLAINTIFF S EXHIBIT

Number 5.5

GOODELL STRATTON EDMONDS & PALMER LLP
Attorneys at Law · Established 1881

515 S Kansas Ave
Topeka, KS 66603
WWW.GSEPLAW.COM

T 785.233.0593
F 785.233.8870
E gsep@gseplaw.com

August 7, 2026

SENT VIA EMAIL ONLY: proselitigationtx@gmail.com
Tim Aguilar
2807 Randolph Rd.
Pasadena, TX 77503

Dear Mr. Aguilar,

As previously stated, our firm represents American Home Life Insurance Company (**"AHLI"**). You sent a May 30, 2026, demand to AHLI alleging a violation of the federal Telephone Consumer Protection Act (**"TCPA"**) and similar state laws (**"Demand"**). In the Demand, you also requested AHLI to cancel Policy #AML6320435 (**"Policy"**). You were previously notified that the Policy has been cancelled and any and all premium regarding the Policy has been refunded. AHLI has concluded its investigation related to your Demand. After investigation, AHLI has discovered no evidence that would support or substantiate the allegations in your Demand.

This week, you stated that you plan to file an action in the United States District Court for the Southern District of Texas, Houston Division (**"Court"**) and provided a draft copy of a complaint.

A review of the Court's docket makes clear that you are a serial TCPA litigant. We discovered a recent TCPA Complaint, titled *Timothy A. Aguilar v. Liberty Bankers Life Insurance Company, et al,* Civil Action No. H-25-4990. The pro-se litigant in the *Liberty Bankers Life Insurance Company* litigation appears to be you based on the address you provided to us as contrasted to the address available through the Court's public access system.

The Court recently dismissed your Complaint in the *Liberty Bankers Life Insurance Company* litigation (**"Complaint"**). In reviewing the Court's July 14, 2026 Memorandum and Opinion, you appear to have alleged allegations in the *Liberty Bankers Life Insurance Company* litigation that are very similar to the allegations you are currently asserting against AHLI. The Court has ruled that such facts are not sufficient to state a claim under the TCPA and similar state laws.

Be advised that AHLI does **NOT** engage in any direct consumer marketing calls. Any consumer telemarketing is done by independent insurance agents, **NOT** by AHLI. Furthermore, AHLI does **NOT** provide any marketing "lead" information to such independent insurance agents.

**PLAINTIFF S EXHIBIT**
Number 6

**PARTNERS**
N. LARRY BORK[1]
MIRANDA K. CARMONA
DAVID P. O'NEAL
SUSAN L. MAUCH
SAMUEL R. FEATHER

**ASSOCIATES**
ANDREW D. TAGUE

**SPECIAL COUNSEL**
TRACY A. COLE[2]
CATHERINE L. WALBERG[2]

**OF COUNSEL**
CYNTHIA J. SHEPPEARD

**RETIRED**
WAYNE T. STRATTON

**DECEASED**
GERALD L. GOODELL (1932-2022)
ROBERT E. EDMONDS (1932-2001)
ARTHUR E. PALMER (1938-2026)

[1]ALSO ADMITTED IN MO, NE & OK
[2]ALSO ADMITTED IN MO

GOODELL STRATTON EDMONDS & PALMER LLP
Attorneys at Law · Established 1881

515 S Kansas Ave
Topeka, KS 66603
WWW.GSEPLAW.COM

T 785.233.0593
F 785.233.8870
E gsep@gseplaw.com

Additionally, AHLI has implemented stringent controls including setting up a search system for all independent contractors to check any phone number against the National Do Not Call List to determine if a call is ok to proceed with. AHLI updates the list of phone numbers monthly. AHLI provides quarterly communication to all independent contractors via email and agent portal notifications reminding individuals of their obligation to check all phone numbers against the Do Not Call List. The independent contractors must also confirm that any lead sources they use are compliant with all Do Not Call List regulations and statutes. The quarterly communication also includes instructions on how to use the AHLI search system to check phone numbers prior to any calls made by the independent contractors. AHLI is confident that these controls will constitute a successful affirmative defense against any complaint you file and will meet the available safe harbor provisions of the TCPA and similar state laws.

AHLI is confident that if you do choose to file litigation against AHLI arising from alleged violations of the TCPA and similar state laws, AHLI will prevail and obtain swift dismissal of such litigation, particularly given the similarity of the fact pattern and allegations alleged in the Complaint and the allegations you are alleging as it relates to AHLI. In defending itself, AHLI will avail itself of all its rights under the law, including but not limited to asserting any and all defenses and counter-claims available to it and any and all rights to request its attorneys' fees and costs.

All rights reserved.

Sincerely,

[signature]

Catherine L. Walberg
cwalberg@gseplaw.com